NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2009-1114
(Serial No. 77/006,212)

IN RE JAMES T. KIRBY

Appeal from the United States Patent and Trademark Office,
Trademark Trial and Appeal Board.

ON MOTION

O R D E R

James T. Kirby moves without opposition to voluntarily dismiss his appeal.

Upon consideration thereof,

IT IS ORDERED THAT:

(1)    The motion is granted.

(2)    Each side shall bear its own costs.

FOR THE COURT

**MAY 1 8 2009**
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

cc:    James Scott Gerien, Esq
       Raymond T. Chen, Esq.

MAY 1 8 2009

JAN HORBALY
CLERK

s17

**MAY 1 8 2009**

ISSUED AS A MANDATE: _____